# United States District Court
## Violation Notice

CVB Location Code: **MD47**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7596022 | Tyson | 1119 |

7596022

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 1-24-2019  15:48 | 13-411 f |

Place of Offense: 6500 Chenwood Ln (Grenbelt Fed. Court)

HAZMAT ☐

Offense Description: Factual Basis for Charge
Display Expired Reg. Plates

5/18

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Lawlor | Michael | F |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 7DYD78 | MD | 16 | Mazda CX5 | | Silver |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 70  Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 100.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)  Original - CVB Copy

CVB SCAN 02/11/2019 10:35

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Jan. 24, 2019 while exercising my duties as a law enforcement officer in the Southern District of Maryland

While patrolling Greenbelt Federal Court House located at 6500 Chenwood lane I observed a silver Mazda displaying Maryland expired Reg. 5/2018. I had the tags ran and NCIC came back with the same expiration. One citation issued.

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/24/2019    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN 02/11/2019 10:35